UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **ISRAEL HENRY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 7:12-CV-00128-SLB |
| | ) |
| **ALLIED INTERSTATE, INC.,** | ) |
| a corporation, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On January 12, 2015, Magistrate Judge John England entered a Report and Recommendation, (doc. 38),[1] recommending that defendant's Motion for Summary Judgment filed on August 29, 2014 be granted. No objections have been filed. Therefore, the court **ADOPTS** the findings and conclusions of the magistrate judge, and finds that the defendant's Motion for Summary Judgment, (doc. 27), is **GRANTED**. Plaintiff's state law claims and his Fair Debt Collection Practice Act ("FDCPA") claims under Sections 1692c(a)(1) and 1692(b)(1) are **DISMISSED**. The plaintiff's other FDCPA claims remain pending.

**DONE** this 2nd day of March, 2015.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.